IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **JULIE WAGGONER**,<br><br>Plaintiff,<br><br>v.<br><br>**AMERICAN MEDICAL RESPONSE NORTHWEST, INC.**,<br><br>Defendant. | Case No. 3:23-cv-01518-SB<br><br>**ORDER ADOPTING JUDGE BECKERMAN'S FINDINGS AND RECOMMENDATION** |

Caroline Janzen, Janzen Legal Services, LLC, 4550 SW Hall Blvd, Beaverton, OR 97005. Attorney for Plaintiff.

Colleen O. Munoz and John A. Berg, Littler Mendelson, PC, 1300 SW Fifth Avenue, Wells Fargo Tower, Suite 2050, Portland, OR 97201. Attorneys for Defendant.

**IMMERGUT, District Judge.**

No objections have been filed in response to Judge Beckerman's Findings and Recommendation ("F&R"), ECF 13. Following clear error review, this Court ADOPTS the F&R.

STANDARD OF REVIEW

Under the Federal Magistrates Act ("Act"), as amended, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). If a party objects to a magistrate judge's F&R, "the court shall make a

PAGE 1 – ORDER ADOPTING JUDGE BECKERMAN'S FINDINGS AND RECOMMENDATION

de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* But the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the F&R that are not objected to. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Nevertheless, the Act "does not preclude further review by the district judge, *sua sponte*" whether de novo or under another standard. *Thomas*, 474 U.S. at 154.

## CONCLUSION

No objections to the F&R have been filed. Judge Beckerman's F&R, ECF 13, is adopted in full. This Court GRANTS Defendant American Medical Response Northwest, Inc.'s Motion to Dismiss, ECF 6. Plaintiff Waggoner is permitted to file an amended complaint within fourteen (14) days of the issuance of this Order.

**IT IS SO ORDERED**.

DATED this 20th day of March, 2024.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge